**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**RANDALL BOAZ OWENS,**

>   *Plaintiff,*

v.                                                   **Case No.: 3:26cv804-MW/HTC**

**FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,**

>   *Defendants.*

_____/

**ORDER ACCEPTING AND ADOPTING
<u>REPORT AND RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 8, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** because it was filed in an improper venue." The Clerk shall close the file.

**SO ORDERED on March 23, 2026.**

>                                   **s/Mark E. Walker**
>                                   **United States District Judge**